**FILED**

February 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        DT
                                    Deputy

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-00482-LS** |
| | § | S E A L E D |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **I N D I C T M E N T** |
| | § | |
| **JOSEPH DAVID QUEVEDO,** | § | **CTS 1-2:** 18 U.S.C. §§ 922(j) & |
| | § | 924(a)(2)-Receipt, possession, selling, and |
| **Defendant.** | § | disposing of a stolen firearm |
| | § | |
| | § | ***Notice of Government's Demand for*** |
| | § | ***Forfeiture*** |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about August 26, 2024, and continuing to and including on or about January 7, 2025, in El Paso, Texas, within the Western District of Texas, the Defendant,

### JOSEPH DAVID QUEVEDO,

knowingly possessed, received, stored, bartered, sold, and disposed of a stolen firearm, that is, a Beretta, 92FS, 9mm handgun, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT TWO

On or about January 7, 2025, in El Paso, Texas, within the Western District of Texas, the Defendant,

### JOSEPH DAVID QUEVEDO,

knowingly possessed, bartered, sold, and disposed of a stolen firearm, that is, a Bear Creek, BCA15, caliber 7.62mm, rifle, with serial number A112656, which had been shipped and

transported in interstate commerce, knowing and having reasonable cause to believe the firearm

was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
### [Title 18 U.S.C. §§ 922(j) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violations set forth above, the United States of America gives

notice to Defendant **JOSEPH DAVID QUEVEDO** of its intent to seek the forfeiture of the

property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. §

924(d)(1),

as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).    Section 924 states, in

pertinent part, the following:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(l), or knowing violation of section 924, 932, or 933, or willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder, or any violation of any other criminal law of the United States, or any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection, where such intent is demonstrated by clear and convincing evidence, shall be subject to seizure and forfeiture . . .

The Notice of Demand for Forfeiture includes but is not limited to the property described

below in Paragraph II.

## II.
## Property

1. Beretta, 92FS, 9mm handgun bearing serial number A346556Z;
2. Bear Creek, BCA15, 7.62mm caliber rifle bearing serial number A112656; and
3. Any and all firearms, ammunition, and/or accessories used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney